KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF ANTIOCH, CHIEF OF POLICE TAMMANY
BROOKS, SGT. MATTHEW KOCH, OFC. ZECHARIAH
MATIS, and OFC. KRISTOPHER KINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMERON ROCHA, | Case No. 3:19-cv-07312 -MMC |
| Plaintiff, | **DEFENDANTS' [PROPOSED] SPECIAL VERDICT FORM** |
| v. | Hon. Maxine M. Chesney |
| CITY OF ANTIOCH, Antioch Chief of Police, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

1

365204.1

Your answers must be unanimous:

I.   **42 U.S.C. §1983 – Fourth Amendment – Use-of-Force**

    **1.** Was ZECHARIAH MATIS's handcuffing of CAMERON ROCHA unreasonable force?

                      _____Yes           _____No

    **If you answered "yes" to Question 1, please answer Question 2. If you answered "no" to Question 1, answer no more questions and please have the foreperson sign and date the signature line below.**

    2.   Did ZECHARIAH MATIS's handcuffing of CAMERON ROCHA cause CAMERON ROCHA harm?

                      _____Yes           _____No

    **If you answered "yes" to Question 2, please answer Question 3. If you answered "no" to Question 2, answer no more questions and please have the foreperson sign and date the signature line below.**

    3.   Did KRISTOPHER KINT and MATTHEW KOCH possess a realistic opportunity to intercede on CAMERON ROCHA's handcuffing?

         KINT           _____Yes           _____No
         KOCH        _____Yes           _____No

    **If you answered "yes" to Question 3 as to any defendant, please answer Question 4 as to that defendant. If you answered "no" to Question 3, please proceed to the Instructions preceding Question 5.**

    4.   As to any defendant you answered "yes" to in Question 3, did that defendant's failure to intercede cause CAMERON ROCHA harm?

         KINT           _____Yes           _____No
         KOCH        _____Yes           _____No

    **If you answered "yes" to question 2, or "yes" to question 4 as to Kint, please answer Question 5. If you answered "no" to question 2, and "no" to question 4 as to Kint (or did not answer either question), please proceed to the Instructions between Questions 13 and 14.**

///

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

II.     **42 U.S.C. §1983 – Supervisory Liability**

5.   As to whichever question(s) you answered "yes" to – 2 and/or 4 – did MATTHEW

KOCH do either of the following:

Acquiesce to said constitutional violation(s)?         _____Yes           _____No

Engage in conduct demonstrating reckless or callous indifference to said constitutional

right(s)?

_____Yes           _____No

**If you answered "yes" to question 5, please answer Question 6. If you answered "no" to question 6, please proceed to the Instructions between Questions 6 and 7.**

6.   To whichever conduct you answered "yes" to in Question 5, did that conduct cause

CAMERON ROCHA's alleged injuries?

_____Yes           _____No

**If you answered "yes" to Question 2, please answer 7. If you answered "no" to Question 2, answer no more questions and please have the foreperson sign and date the signature line below.**

III. **Bane Act**

7.   Did ZECHARIAH MATIS act violently against CAMERON ROCHA?

_____Yes           _____No

**If you answered "yes" to Question 7, please answer Question 8. If you answered "no" to Question 7, please proceed to the Instructions between Questions 9 and 10.**

8.   Did ZECHARIAH MATIS commit this act of violence to retaliate against

CAMERON ROCHA from exercising his right against unreasonable force?

_____Yes           _____No

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1
2

**If you answered "yes" to Question 8, please answer Question 9. If you answered "no" to Question 8, please proceed to the Instructions between Questions 9 and 10.**

3    9.  Was ZECHARIAH MATIS' conduct a substantial factor in causing harm to

4        CAMERON ROCHA?

5                                              _____Yes              _____No

6
7    **If you answered "yes" to Question 2, please answer 10. If you answered "no" to Question 2, answer no more questions and please have the foreperson sign and date the signature line below.**

8

9    **IV. Intentional Infliction of Emotional Distress**

10
11   10. Was ZECHARIAH MATIS' conduct outrageous?

12                                             _____Yes              _____No

13   **If you answered "yes" to Question 10, please answer Question 11. If you answered "no" to Question 10, please proceed to the Instructions between Questions 13 and 14.**

14

15   11. Did ZECHARIAH MATIS intend to cause CAMERON ROCHA's emotional

16       distress?

17                                          _____Yes         _____No

18

19   **If you answered "yes" to Question 11, please answer Question 12. If you answered "no" to Question 11, please proceed to the Instructions between Questions 13 and 14.**

20

21   12. Did CAMERON ROCHA suffer severe emotional distress?

22

23                                      _____Yes         _____No

24

25   **If you answered "yes" to Question 12, please answer Question 13. If you answered "no" to Question 12, please proceed to the Instructions between Questions 13 and 14.**

26

27   13. As to any defendant you answered "yes" to in Question 12, was that defendant's

28       conduct a substantial factor in causing CAMERON ROCHA's severe emotional

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

---

365204.1

distress?

| | | |
|---|---|---|
| KINT | _____ Yes | _____ No |
| KOCH | _____ Yes | _____ No |
| MATIS | _____ Yes | _____ No |

**If you answered "yes" to Questions 2 or 4, please answer answer Question 14 (as to the same defendant(s)). If you answered "no" to Questions 2 and 4, answer no more questions and please have the foreperson sign and date the signature line below.**

**V.  Assault & Battery**

14. Did KRISTOPHER KINT, MATTHEW KOCH or ZECHARIAH MATIS

intentionally touch CAMERON ROCHA?

| | | |
|---|---|---|
| KINT | _____ Yes | _____ No |
| KOCH | _____ Yes | _____ No |
| MATIS | _____ Yes | _____ No |

**If you answered "yes" to Question 14 as to any defendant, please answer Question 15 as to that defendant. If you answered "no" to Question 14, please proceed to the Instructions between Questions 17 and 18.**

15. As to any defendant you answered "yes" to in Question 14, did that defendant use

unreasonable force in arresting CAMERON ROCHA?

| | | |
|---|---|---|
| KINT | _____ Yes | _____ No |
| KOCH | _____ Yes | _____ No |
| MATIS | _____ Yes | _____ No |

**If you answered "yes" to Question 15 as to any defendant, please answer Question 16 as to that defendant. If you answered "no" to Question 15, please proceed to the Instructions between Questions 17 and 18.**

16. As to any defendant you answered "yes" to in Question 15, did CAMERON ROCHA

consent to that defendant's use of that force?

| | | |
|---|---|---|
| KINT | _____ Yes | _____ No |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

SVF
3:19-CV-07312

365204.1

| | | |
|---|---|---|
| KOCH | _____Yes | _____No |
| MATIS | _____Yes | _____No |

**If you answered "yes" to Question 16 as to any defendant, please answer Question 17 as to that defendant. If you answered "no" to Question 16, please proceed to the Instructions between Questions 17 and 18.**

17. As to any defendant you answered "yes" to in Question 16, was that defendant's use of unreasonable force a substantial factor in causing harm to CAMERON ROCHA?

| | | |
|---|---|---|
| KINT | _____Yes | _____No |
| KOCH | _____Yes | _____No |
| MATIS | _____Yes | _____No |

**If you answered "yes" to Questions 2 or 4, please answer answer Question 18 (as to the same defendant(s).) If you answered "no" to Questions 2 and 4, answer no more questions and please have the foreperson sign and date the signature line below.**

### VI. Negligence

18. Were KRISTOPHER KINT, MATTHEW KOCH or ZECHARIAH MATIS negligent?

| | | |
|---|---|---|
| KINT | _____Yes | _____No |
| KOCH | _____Yes | _____No |
| MATIS | _____Yes | _____No |

**If you answered "yes" to Question 18 as to any defendant, please answer Question 19 as to that defendant. If you answered "no" to Question 18, please proceed to the Instructions before Question 20.**

19. As to any defendant you answered "yes" to in Question 18, was that defendant's negligence a substantial factor in causing harm to CAMERON ROCHA?

| | | |
|---|---|---|
| KINT | _____Yes | _____No |
| KOCH | _____Yes | _____No |
| MATIS | _____Yes | _____No |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

2      **VII.   DAMAGES**

3      **If you answered "yes" to Questions 2, 4, 6, 9, 13, 17, or 19, please answer Question 29. If
       you answerd "no" to Questions 2, 4, 6, 9, 13, 17, and 19 (or did not answer them),
4      answer no more questions and please have the foreperson sign and date the signature
       line below.**

5

6
       20. What do you find as the total amount of CAMERON ROCHA's damages?
7
                                             $_____
8

9      **If you answered "yes" to Questions 2, 4, or 6, and answered "zero" to question 20,
       please answer Question 21. Otherwise, please proceed to the Instructions before
10     Question 22.**

11
       21. Because cause(s) of action related to Questions 2, 4 and 6 authorize an award of
12
       nominal damages, you award at least nominal damages, i.e. damages not to exceed $1.
13
       Amount of nominal damages.  $_____
14
       **If you answered "yes" to question 19, please answer Question 22. If you answered
15     "no" question question 19 (or did not answer it), please proceed to the
       Instructions before Question 25.**
16

17     22. Was CAMERON ROCHA negligent?

18

19                               _____Yes              _____No

20

21     **If you answered "yes" to Question 22, please answer Question 23. If you answered
       "no" to Question 22, please proceed to the Instructions before Question 25.**
22

23     23. Was CAMERON ROCHA's negligence a substantial factor in causing his harm?

24

25                               _____Yes              _____No

26     **If you answered "yes" to question 23, please answer Question 24. If you answered
       "no" question question 24, please proceed to the Instructions preceding question 25.**
27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

365204.1

24. What percentage of responsibility for CAMERON ROCHA's harm do you assign to:

KRISTOPHER KINT _____

MATTHEW KOCH _____

ZECHARIAH MATIS _____

CAMERON ROCHA _____

**If you answered "yes" to Question 2, please answer Question 25. If you answered "no" to Questions 2 (or did not answer it), please proceed to the Instructions preceding Question 26.**

25. Did CAMERON ROCHA prove by a preponderance of the evidence that

ZECHARIAH MATIS act with malice, oppression, or in reckless disregard of the

rights of CAMERON ROCHA?

_____Yes              _____No

**If you answered "yes" to Question 9, 13, or 17, please answer Question 26. If you answered "no" to Questions 9, 13, and 17 (or did not answer them), please have the foreperson sign and date the signature line below, and proceed to the next page.**

26. Did CAMERON ROCHA prove by clear and convicing evidence that ZECHARIAH

MATIS acted with malice, oppression, or fraud towards CAMERON ROCHA?

_____Yes              _____No

Please **sign and date** this verdict form, and turn to the next page.

Dated: _____

_____
FOREPERSON NUMBER

_____
FOREPERSON SIGNATURE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

8

SVF
3:19-CV-07312

365204.1

**SPECIAL INTERROGATORIES**

       **If you answered "yes" to Question 2, answer all four questions below (all parts). If you answered "no" to Question 2 (or not did not answer it), but "yes" to Questions 4 or 6, answer Questions 1-3 below, including all subparts.**

       **If you answered "no" to Questions 2, 4, and 6 (or did not answer them), answer no more questions and please have the foreperson sign and date the signature line below.**

1.  In Defense Exhibit "E," did Cameron Rocha complain the handcuffs were causing him pain?

          _____Yes          _____No

2.  Excluding Defense Exhibit "E," did Cameron Rocha make any statement while on-scene that the handcuffs were causing him pain?

          _____Yes          _____No

3.  While in the presence of Zechariah Matis, Kristopher Kint, and Matthew Koch:

    a.  Did Cameron Rocha ask the handcuffs to be loosened or otherwise adjusted?

          _____Yes          _____No

    b.  Were Cameron Rocha's wrists bleeding?

          _____Yes          _____No

    c.  Were Cameron Rocha's hands or wrists swollen?

          _____Yes          _____No

    d.  Were Cameron Rocha's hands or wrists discolored?

          _____Yes          _____No

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

SVF
3:19-CV-07312

365204.1

1

2   4.   While Cameron Rocha was with Zechariah Matis on the way to Martinez Detention

3        Facility:

4              a.   Did Cameron Rocha make any statement the handcuffs were causing him pain?

5

6                        _____Yes              _____No

7

8              b.   Did Cameron Rocha ask the handcuffs to be loosened or otherwise adjusted?

9

10                       _____Yes              _____No

11

12             c.   Were Cameron Rocha's wrists bleeding?

13                       _____Yes              _____No

14

15             d.   Were Cameron Rocha's hands or wrists swollen?

16

17                       _____Yes              _____No

18             e.   Were Cameron Rocha's hands or wrists discolored?

19

20                       _____Yes              _____No

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

365204.1

SVF
3:19-CV-07312