# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 20, 2021    **Time:** 9:38 - 2:05    **Judge:** MAXINE M. CHESNEY
= 3 hours 23 minutes

**Case No.**: 19-cv-07312-MMC    **Case Name:** Cameron Rocha v. City of Antioch

**Attorney for Plaintiff:** Daniel Siegel, EmilyRose Johns, Chan Kim
**Attorney for Defendant:** Kevin Allen, John Robinson

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Marla Knox
/Katherine Sullivan

## PROCEEDINGS

**Jury Selection/Jury Trial – held – Zoom hybrid/audio.**

**Jury of 8 selected and sworn in.**

**Plaintiff's Opening Statement by Chan Kim.**

**Defendant's Opening Statement by Kevin Allen.**

**Case continued to: April 21, 2021 at 9:00 a.m. for Jury Trial**