# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-07312-MMC
Case Name: Cameron Rocha v. City of Antioch

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Daniel Siegel, EmilyRose Johns, Chan Kim | Kevin Allen, John Robinson |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 20, 2021 | Marla Knox/Katherine Sullivan | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 AM | | | **Court convened – all counsel present.** | |
| | | | | | **The following jurors will not be coming in:** | |
| | | | | | **18, 22, and 34.** | |
| | | 9:20 AM | | | **Court recess – first jury panel called to court.** | |
| | | 9:35 AM | | | **Jury panel brought into courtroom – attendance** | |
| | | | | | **Taken – jury sworn-in as prospective jurors** | |
| | | 9:38 AM | | | **Court convened – case called.** | |
| | | | | | **Voir dire of panel began** | |
| | | 10:04 AM | | | **Juror #8 – excused for hardship** | |
| | | 10:09 AM | | | **Juror # 10 – excused for hardship** | |
| | | 10:43 AM | | | **Court recess – 15 minutes** | |
| | | 11:00 AM | | | **Court reconvened** | |
| | | 11:02 AM | | | **Jury panel brought into courtroom** | |
| | | 11:03 AM | | | **Voir dire of panel by plaintiff's counsel** | |
| | | 11:15 AM | | | **Voir dire of panel by defense counsel** | |
| | | 11:26 AM | | | **Voir dire of jury panel (group 1) concluded** | |
| | | | | | **Plaintiff Peremptory: Pass** | |
| | | | | | **Defendant Peremptory: Juror #11** | |
| | | | | | **Plaintiff Peremptory: Pass** | |
| | | | | | **Defendant Peremptory: Juror #2** | |
| | | | | | **Plaintiff Peremptory: Juror #12** | |
| | | | | | **Defendant Peremptory: Juror #1** | |
| | | | | | **Plaintiff accepts jury.** | |
| | | | | | **Jury selected and sworn in by clerk.** | |
| | | 11:40 AM | | | **Court gave jury preliminary instructions.** | |
| | | 12:08 PM | | | **Court recess – 1 hour** | |

| | | | | | |
|---|---|---|---|---|---|
| | | **1:10 PM** | | | **Court reconvened** | |
| | | **1:15 PM** | | | **Jury brought into courtroom** | |
| | | **1:16 PM** | | | **Plaintiff's opening statement** | |
| | | **1:38 PM** | | | **Defendant's opening statement** | |
| | | **1:47 PM** | | | **Conclusions of opening statements** | |
| | | **1:56 PM** | | | **Jury excused for the day – return 4/21/21 @ 9:00** | |
| | | **2:05 PM** | | | **Court recess – return 4/21/21 at 9:00 am** | |

Case No: 19-cv-07312-MMC
Case Name: Rocha v. City of Antioch
Date: April 20, 2021
Courtroom Deputy: Tracy Geiger _____ - Court Reporter: _____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 19-cv-07312-MMC
Case Name: Rocha v. City of Antioch
Date: April 20, 2021
Courtroom Deputy: Tracy Geiger            - Court Reporter:

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |