UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMERON ROCHA,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH et al.,<br><br>               Defendants. | Case No. 3:19-cv-07312 -MMC<br><br>**SPECIAL VERDICT FORM** |

Your answers must be unanimous:

## I. Bane Act

1. Did Zechariah Matis, by threats, intimidation, or coercion, cause Cameron Rocha to reasonably believe that if he exercised his right to be free from unreasonable force, Zechariah Matis would commit violence against him and had the inherent ability to carry out the threat?

   _____Yes      __X__No

   If your answer to Question 1 is "yes," then answer Question 2. If you answered "no," please proceed to Question 4.

2. Did Zechariah Matis intend to deprive Cameron Rocha of his enjoyment of the interests protected by the right to be free from unreasonable force?

   _____Yes      _____No

   If your answer to Question 2 is "yes," then answer Question 3. If you answered "no," please proceed to Question 4.

3. Was Zechariah Matis' conduct a substantial factor in causing harm to Cameron Rocha?

   _____Yes      _____No

   Please answer Question 4.

## II. Assault & Battery

4. Did Zechariah Matis intentionally touch Cameron Rocha?

   __X__Yes      _____No

   If your answer to Question 4 is "yes," then answer Question 5. If you answered "no" to Question 4, please proceed to Question 8.

5. Did Zechariah Matis use unreasonable force in arresting Cameron Rocha?

　　　　　　　　　　　　　　_____Yes　　　　_____X___No

If your answer to Question 5 is "yes," then answer Question 6. If you answered "no" to Question 5, please proceed to Question 8.

6. Did Cameron Rocha consent to the use of that force?

　　　　　　　　　　　　　　_____Yes　　　　_____No

If your answer to Question 6 is "yes," please proceed to Question 8. If you answered "no" to Question 6, then answer Question 7.

7. Was Zechariah Matis' use of unreasonable force a substantial factor in causing harm to Cameron Rocha?

　　　　　　　　　　　　　　_____Yes　　　　_____No

Please answer Question 8.

**III. Negligence**

8. Was Zechariah Matis negligent?

　　　　　　　　　　　　　　_____Yes　　　　___X___No

If your answer to Question 8 is "yes," then answer Question 9. If you answered "no" to Question 8, please proceed to the Instructions before Question 10.

3

SPECIAL VERDICT FORM
3:19-CV-07312

365204.1

9. Was Zechariah Matis' negligence a substantial factor in causing harm to Cameron Rocha?

_____Yes          _____No

Please see the instructions under the heading "Damages."

## IV. DAMAGES

If you answered "yes" to Question 3, 7, or 9, please answer Question 10. If you answered "no" to Questions 3, 7, and 9 (or did not answer them), then stop here, answer no further questions, and have the foreperson sign and date this form.

10. What are Cameron Rocha's damages?

Econonomic Damages: $_____

Non-Econonomic Damages: $_____

If your answer to Question 9 is "yes," then answer Question 11. If your answer to Question 9 is "no" (or you did not answer it), please proceed to the Instructions before Question 14.

11. Was Cameron Rocha negligent?

_____Yes          _____No

If your answer to Question 11 is "yes," then answer Question 12. If you answered "no" to Question 11, please proceed to the Instructions before Question 14.

12. Was Cameron Rocha's negligence a substantial factor in causing his harm?

_____Yes          _____No

If your answer to Question 12 is "yes," then answer Question 13. If you answered "no" to Question 12, please proceed to the Instructions preceding Question 14.

365204.1

13. What percentage of responsibility for Cameron Rocha's harm do you assign to:

Zechariah Matis  _____

Cameron Rocha  _____

If your answer to Question 3 or 7 is "yes," then answer Question 14. If you answered "no" to Questions 3 and 7 (or did not answer them), stop here, answer no further questions, and have the foreperson sign and date this form.

14. Did Cameron Rocha prove by clear and convicing evidence that Zechariah Matis acted with malice, oppression, or fraud towards Cameron Rocha?

_____Yes         _____No

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

Dated: 4/29/2021                    _____
                                     FOREPERSON