UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE MAXINE M. CHESNEY                        Case No. **C-19-7312-MMC**

**Cameron Rocha v. City of Antioch, et al**

NOTE FROM THE JURY

Note No. 1

Date 4/29/2021

Time 10:00 am

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question: PLEASE GIVE US THE TESTIMONY OF SRGT. COOK

_____
Foreperson of the Jury