

## Confidential Juror Questionnaire

### Thank you to all our prospective jurors!

You are part of a panel of potential jurors for a civil case arising from an encounter between the plaintiff, in other words, the person bringing the case, and the defendants, in other words, the persons against whom the case has been brought. In particular, the defendants, who are officers employed by a Bay Area police department, detained and arrested the plaintiff for driving under the influence and leaving the scene of a minor traffic collision. During the course of that encounter, the plaintiff was handcuffed. The plaintiff claims the handcuffs were unreasonably tight, causing him unnecessary pain and serious injury. He seeks damages for economic loss as well as pain and suffering. The defendants deny the handcuffs were improperly applied and also deny they caused the damages plaintiff claims.

The following questionnaire will assist the attorneys in making important decisions as to which of you will serve as jurors during the trial. The questions are not meant to be intrusive, but you will be asked about some personal matters.

Keep in mind:

- All questions are answered under penalty of perjury.
- Your answers will remain confidential and will be used only by the judge and the attorneys to select a qualified and impartial jury.
- Make sure your answers are yours and yours alone.
- There are no right or wrong answers unless they are not truthful.
- If there is something that you would like to discuss privately with the judge and the attorneys, and not in front of other jurors, there is a place to indicate this.

Just like your responses will be kept private, we ask you to maintain confidentiality:

- Do not discuss the questions or your answers with anyone, including members of your family or friends.
- Do not post anything on social media.
- Do not do any research or investigation about the case on your own.

Thank you for your time and candor.

1



## Confidential Juror Questionnaire

### Basic information about you

* 1. Your full name (first and last)

    [                                    ]

* 2. Your age

    [                                    ]

* 3. What city or town do you live in?

    [                                    ]

* 4. What neighborhood do you live in?

    [                                    ]

* 5. How long have you lived at that location?

    [                                    ]

* 6. Do you own or rent your home?

    ( ) Rent    ( ) Own    ( ) Other

7. What other communities have you lived in during the last ten years?

    [                                    ]

* 8. If called to serve as a juror, how will you commute to the courthouse:

    [ ] Public transportation    [ ] Personal vehicle

    [ ] Car share

    [ ] Other (please specify)

    [                                    ]

2



## Confidential Juror Questionnaire

### Information about your work

* 1. What is your current employment status?

   ○ Working full-time   ○ Working part-time   ○ Unemployed – looking for work

   ○ Unemployed – not looking for work   ○ Homemaker   ○ Full-time student   ○ Retired   ○ Disabled

* 2. What is your occupation? (If not currently employed, please name your most recent prior occupation.)

* 3. Who is/was your employer?

* 4. How long have worked/did you work there?

* 5. Please describe the nature of your job.

* 6. Have you ever had a job that was considered management?

   ○ No

   ○ Yes. Please describe:

* 7. Do/did you supervise other people?

   ○ No

   ○ Yes. How many?

* 8. During your working life have you changed careers or occupations?

○ No

○ Yes. Please describe:

4



## Confidential Juror Questionnaire

### Your education & interests

* 1. How far did you go in school?
  - ○ Grade School
  - ○ Some high school
  - ○ High school graduate
  - ○ Trade/Tech school degree or certificate
  - ○ Some college or AA degree
  - ○ College graduate; please list major and institution name below
  - ○ Some post-graduate study; please list major and institution name below
  - ○ Post-graduate degree; please list major and institution name below

List major and institution name:

* 2. What are your hobbies, major interests, and spare-time activities?

* 3. Please list all groups and organizations you belong to or participate in, such as community neighborhood groups, volunteer activities, and groups concerned with the criminal justice system.

* 4. Please name your main sources of news, including newspapers, television and radio stations, programs or Internet sites.

* 5. Please list the television programs that you regularly watch, including any police and crime scene-related shows.

6



## Confidential Juror Questionnaire

### Marital status

* 1. What is your marital status?

   ○ Single   ○ Married   ○ Live with a partner   ○ Separated   ○ Divorced   ○ Widowed



## Confidential Juror Questionnaire

### Information about your spouse or partner

* 1. What is your spouse's/partner's current employment status? (If you are widowed, divorced or separated, please answer all the following questions regarding your former spouse/partner.)

  ◯ Working full-time   ◯ Working part-time   ◯ Unemployed – looking for work
  ◯ Unemployed – not looking for work   ◯ Homemaker   ◯ Full-time student   ◯ Retired   ◯ Disabled

* 2. What is/was your spouse/partner's occupation?

* 3. Who is/was your spouse/partner's employer?

* 4. How long has/did your spouse/partner work there?

* 5. What is/was the nature of your spouse/partner's job?

* 6. What other types of jobs has your spouse/partner had in the past?

* 7. Please describe your spouse/partner's educational background (including any major areas of study, degrees received):

8



## Confidential Juror Questionnaire

### Information about your family

* 1. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what did they do?)

Parent 1: 

Parent 2: 

Stepparent 1: 

Stepparent 2: 

* 2. If you have children, please list their sex, age, highest educational level, and occupation. If you do not have children, enter "none."

* 3. If other adults live in your home in addition to those already described before, please describe their relationship to you and their occupation. If no other adults live in your household, enter "none."

* 4. Have you, your current spouse/partner, or your child(ren) ever served in the military? There is a dropdown option for not serving in the military.

|  | Branch of service | Combat |
|---|---|---|
| You |  |  |
| Spouse, Partner or Child |  |  |

9



## Confidential Juror Questionnaire

### Health

* 1. Do you have any condition that would affect your ability to hear testimony from witnesses at trial?

○ No

○ Yes. Please explain:



## Confidential Juror Questionnaire

### Previous jury service

* 1. Have you previously served as a grand juror?

    ○ No

    ○ Yes. When and where?

    [ ]

* 2. Have you previously served as a trial juror?

    ○ No

    ○ Yes. For each case on which you served as a juror, list when and where you served, whether it was civil or criminal, nature of the case, and whether the jury reached a verdict (yes or no). **(Do not state what your verdict was.)**:

    [ ]

* 3. Have you ever served as a jury foreperson?

    ○ Never served as a juror

    ○ Served as a juror, but not the jury foreperson

    ○ Yes, I was a jury foreperson

* 4. Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial?

    ○ Never served as a juror

    ○ No

    ○ Yes. Please explain:

    [ ]

11



## Confidential Juror Questionnaire

### Case-specific questions

* 1. Have you, any family members, or close friends ever been employed by, affiliated with, or rejected by any law enforcement agency (including police, sheriff, jail, IRS, parole, or probation)?

   ◯ No

   ◯ Yes. Please list the person's relationship to you, the position, and the agency:

* 2. Have you, any family members, or close friends had any experience in, ever taken any courses in, or received any training in law, administration of justice, forensics, audio-video, or medicine?

   ◯ No

   ◯ Yes. Please list the person's relationship to you and the type and timing of experience, courses taken, and/or training:

* 3. The jury will be instructed that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Would you tend to give the testimony of a law enforcement officer any more or less weight than you would to a witness who is not a law enforcement officer?

   ◯ No

   ◯ Yes. Please explain:

* 4. Have you, any family members, or close friends, ever worked for a court or judge, a prosecutor's office (including a District Attorney's or United States Attorney's office), a criminal defense attorney's office (whether public or private), or any other law office?

○ No

○ Yes. Please explain:

* 5. Have you, any family members, or close friends ever been involved in a traffic accident with someone who was driving under the influence, or in which someone left the scene of the accident without identifying themself?

○ No

○ Yes. Please explain:

* 6. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness?

○ No

○ Yes. Please explain why you appeared in court:
(If you wish to speak with the court and counsel in private regarding this question please so indicate)

* 7. Have you, any family members, or close friends ever sued or made any type of claim for damages?

○ No

○ Yes. Please explain, including the nature of the claim, and whether or not you or they were satisfied with the outcome:

* 8. Have you, any family members, or close friends ever been sued or had a claim for damages made against you/them?

   ○ No

   ○ Yes. Please explain, including the nature of claim, and whether or not you or they were satisfied with the outcome:

   [                                                                 ]

* 9. Have you, any family members, or close friends ever been detained or arrested?

   ○ No

   ○ Yes. Please explain:
   (If you wish to speak with the court and counsel in private regarding this question please so indicate)

   [                                                                 ]

* 10. Have you, any family members, or close friends ever had a positive or negative experience with a law enforcement officer or agency that would influence your ability to judge the facts of this case?

   ○ No

   ○ Yes. Please explain:

   [                                                                 ]

* 11. Is there anything about your experiences, opinions or beliefs about law enforcement that would influence your ability to judge the facts and the testimony in this case?

   ○ No

   ○ Yes. Please explain:

   [                                                                 ]

* 12. Is there anything about your experiences, opinions or beliefs about the judicial system that would influence your ability to judge the facts and to be a fair and impartial juror?

   ○ No

   ○ Yes. Please explain:

   [                                                                 ]

* 13. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would influence, inhibit or hinder your ability to judge the facts in this case and to be a fair and impartial juror?

○ No

○ Yes. Please explain:

* 14. The court will instruct you on the laws and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?

○ Yes

○ No. Please explain:

15. The following is a list of people who have some connection with the case. Do you know any of these individuals or believe you recognize any of their names?

- [ ] Ronald Albucher
- [ ] Barry Brodd
- [ ] Nathan Brooks
- [ ] Tammany Brooks
- [ ] Dan Field
- [ ] Denise Gallagher
- [ ] Katheryn Elizabeth Hamlin
- [ ] Brian Joshua Hix
- [ ] Deanna Carol Hix
- [ ] Joaquin A. Jimenez
- [ ] Virgilio C. Jumamoy
- [ ] Kristopher Kint
- [ ] Matthew Koch
- [ ] Maurcio Kuri
- [ ] Zechariah Matis
- [ ] Amity O'Neal
- [ ] Nora Ostrofe
- [ ] John J. Panagotacos
- [ ] Steve Papenfuhs
- [ ] Shaista Rauf
- [ ] Cameron Rocha
- [ ] Shadi Rocha
- [ ] Monica Siegris
- [ ] Vina Spiehler
- [ ] John Udowski
- [ ] Joseph Young
- [ ] None of the above

For anyone for whom you checked "yes," please list the name and how you know that person.

* 16. Do you believe you have heard or read anything about this case?

   ○ No

   ○ Yes. Please explain:

* 17. The court estimates that the trial will last approximately 5-8 days. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

   ○ No

   ○ Yes. Please explain:

* 18. All the parties in this case are entitled to have a fair, unbiased and unprejudiced jury. Is there any reason why you cannot be a fair, unbiased and impartial juror in this case?

   ○ No

   ○ Yes. Please explain:

* 19. Is there any matter you would prefer to discuss privately with the court?

   ○ No

   ○ Yes. Please explain:

* 20. JUROR'S OATH:
I declare under penalty of perjury that my answers to this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire.

Name:

Date: