KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF ANTIOCH, SGT. MATTHEW KOCH, OFC.
ZECHARIAH MATIS and OFC. KRISTOPHER KINT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON ROCHA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>        Defendants. | Case No.: 3:19-cv-07312-MMC<br><br>**STIPULATION FOR DISMISSAL IN EXCHANGE FOR WAIVER OF COSTS; [PROPOSED] ORDER** |

**TO THE COURT**

On April 29, 2021, the jury returned a verdict in favor of City of Antioch and Ofc. Zechariah Matis on all causes of action before them. (Dkt. No. 140). Defendants Sgt. Koch and Ofc. Kint were previously dismissed from the case on April 22, 2021 (Dkt. No. 132, 3). The Court entered judgment for Defendants on April 29, 2021. (Dkt. No. 146). Pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. §1920, Defendants submitted a cost bill on May 13, 2021, in the amount of $17,046.30 (Dkt. No. 152).

The jury returned a verdict on plaintiff Cameron Rocha's California state-law claims. His federal claims on currently on appeal (Dkt. No. 52, 56).

The parties have met-and-conferred and, by and through their respective counsel, hereby stipulate as follows:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1. Plaintiff Cameron Rocha ("Plaintiff") waives any and all post-trial motions in the above-captioned case;

2. Plaintiff waives any appeal in the above-captioned case;

3. Plaintiff dismisses, with prejudice, any and all remaining claims in the above-captioned case, including but not limited to: Fourth Amendment Excessive Force under 42 U.S.C. § 1983 and Supervisory Liability under 42 U.S.C. § 1983; and

4. Defendants withdraw their pending Cost Bill.

Execution of this stipulation and its approval by the Court will render moot Defendants' current appeal in the Ninth Circuit (Case No. 21-15456). Upon Court approval of this stipulation, Defendants will file a copy of the same with the Ninth Circuit and dismiss said appeal (each side to bears its fees and costs relating to the appeal, including attorneys' fees).

Respectfully Submitted,

Dated: June 3, 2021  SIEGEL & YEE

By: _/s/ Chan Kim_
DANIEL SIEGEL
CHAN A. KIM
EMILYROSE JOHNS
Attorneys for Plaintiff
CAMERON ROCHA

Dated: June 3, 2021  ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _/s/ Kevin P. Allen_
KEVIN P. ALLEN
JOHN B. ROBINSON
Attorneys for Defendants
CITY OF ANTIOCH, SGT. MATTHEW KOCH, OFC. ZECHARIAH MATIS and OFC. KRISTOPHER KINT

///
///
///

**PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS SO ORDERED.**

DATED: June 3, 2021

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge